1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210
3
4  (408) 286-5150
   policemisconduct@xompuserve.com
5
6  Attorney for plaintiffs TAMARA SMITH, WAYNE SMITH,
   and GEORGE DENTON
7

8           IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

9                        EASTERN DISTRICT OF CALIFORNIA

10                                FRESNO DIVISION

11

12 | TAMARA SMITH; WAYNE SMITH;            )
   | GEORGE DENTON,                        )   No. 1:07-CV-00860-OWW-
13 |                         *Plaintiffs,* )       NEW (WMW)
   |                                       )
14 | v.                                    )   **STIPULATION AND**
   |                                       )   **ORDER**
15 | TYRONE SPENCER, individually and in his )  **CONTINUING INITIAL**
   | capacity as a command officer for the Stanislaus ) **SCHEDULING CONFERENCE**
16 | County Sheriff's Department and Chief of Police )
   | for the City of Patterson; MARC MARTINEZ, )
17 | BADGE NO. S712; FRANCISCO SORIA,      )
   | BADGE NO. SR15; DEPUTY/DETECTIVE      )
18 | GROGAN, BADGE NO. S641; DEPUTY HERB   )
   | DELAROSA; DEPUTY/DETECTIVE            )
19 | CAMPBELL; DEPUTY MELLO; DAVID         )
   | HICKMAN, BADGE NO. S474; DEPUTY       )
20 | RIVERA; SERGEANT BANKS; SERGEANT      )
   | CAMARDA; SERGEANT PARKER; DEPUTY      )
21 | SCHWARTZ; JOHN DOE and RICHARD        )
   | ROE, individually and in their capacities as )
22 | Stanislaus County Deputy Sheriffs and Patterson )
   | police officers, the true names and exact numbers )
23 | of whom are unknown at this time; MARK )
   | PUTHOFF, individually and in his capacity as )
24 | Acting Sheriff of Stanislaus County; ADAM )   )
   | CHRISTIANSON, individually and in his capacity )
25 | as Sheriff of Stanislaus County; COUNTY OF )
   | STANISLAUS, a municipal corporation; CITY )
26 | OF PATTERSON, a municipal corporation, )
   |                         *Defendants.*  )
27
28

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

1. To continue the Initial Scheduling Conference currently scheduled to be held October 17, 2007, to 11 January 2008 at 8:45 A.M.

This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. Plaintiff's counsel has a calendar conflict involving a criminal matter for a close family friend in San Luis Obispo County. The client's father has rearranged his schedule so that he can attend that hearing, and it will be very difficult for him to rearrange his schedule if that hearing is changed. Additionally, the matters alleged in this case are quite complex and the parties need additional time to formulate a discovery plan and determine an appropriate schedule.

Dated:                                              **LAW OFFICES OF ANTHONY BOSKOVICH**

By:   /s/
         ANTHONY BOSKOVICH,
         Attorney for plaintiffs

Dated:                                              **DAN FARRAR, ESQ.**

By:  /s/ Dan Farrar (as authorized on 10/3/07)
         DAN FARRAR,
         Attorney for Defendants

IT IS SO ORDERED.

Dated:     October 3, 2007                          /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE