
1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210
3
4  (408) 286-5150
   policemisconduct@compuserve.com
5
6  Attorney for plaintiffs TAMARA SMITH, WAYNE SMITH,
   and GEORGE DENTON
7

8           IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

9                        EASTERN DISTRICT OF CALIFORNIA

10                                FRESNO DIVISION

11

12 | TAMARA SMITH; WAYNE SMITH;         )
   | GEORGE DENTON,                     )   No. 1:07-CV-00860-OWW-GSA
13 |                       Plaintiffs,  )
   |                                    )   STIPULATION TO CONTINUE
14 | v.                                 )   TRIAL AND OTHER DATES
   |                                    )   AND ORDER
15 | TYRONE SPENCER, individually and in his )
   | capacity as a command officer for the Stanislaus )
16 | County Sheriff's Department and Chief of Police )
   | for the City of Patterson; MARC MARTINEZ, )
17 | BADGE NO. S712; FRANCISCO SORIA, )
   | BADGE NO. SR15; DEPUTY/DETECTIVE )
18 | GROGAN, BADGE NO. S641; DEPUTY HERB )
   | DELAROSA; DEPUTY/DETECTIVE )
19 | CAMPBELL;  DEPUTY MELLO; DAVID )
   | HICKMAN, BADGE NO. S474; DEPUTY )
20 | RIVERA; SERGEANT BANKS; SERGEANT )
   | CAMARDA; SERGEANT PARKER; DEPUTY )
21 | SCHWARTZ;  JOHN DOE and RICHARD )
   | ROE,   individually and in their capacities as )
22 | Stanislaus County Deputy Sheriffs and Patterson )
   | police officers, the true names and exact numbers )
23 | of whom are unknown at this time; MARK )
   | PUTHOFF, individually and in his capacity as )
24 | Acting Sheriff of Stanislaus County; ADAM  )
   | CHRISTIANSON, individually and in his capacity )
25 | as Sheriff of Stanislaus County; COUNTY OF )
   | STANISLAUS, a municipal corporation; CITY )
26 | OF PATTERSON, a municipal corporation, )
   |                          Defendants.  )
27

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

1. Disclosure of experts witnesses is March 13, 2009;
2. Fact and Expert discovery cutoff date is March 30, 2009;
2. Last day for dispositive motions is April 13, 2009 at 9:00 a.m.
3. Dispositive motions shall be heard May 18, 2009;
4. The pre-trial conference will be conducted on August 17, 2009 at 11:00 a.m.; the joint pre-trial conference statement is due August 10, 2009;
5. Trial shall commence on September **29**, 2009.

This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. Plaintiff Tamara Smith was the subject of a criminal complaint which involves the incidents that are the subject of this matter, and that criminal matter was not resolved until July 2008. The parties specifically held off on extensive discovery because the outcome of that matter had the potential to be dispositive of the matter with respect to Ms. Smith, especially given that her deposition would not have been meaningful until the criminal case was resolved. Additionally, plaintiff Wayne Smith was out of state until just a few weeks ago but has now returned to California. Finally, plaintiff has discovered the identities of potential additional defendants and is in the process of determining whether to amend the complaint to add these parties and events, and the County needs additional time to evaluate these claims and defense should they be brought. Therefore counsel request a three continuance for the trial and other dates.

Dated: 3 December 2008                **LAW   OFFICES OF ANTHONY BOSKOVICH**

|   |   |
|---|---|
| 1 | By:_____ |
|   | ANTHONY BOSKOVICH, |
| 2 | Attorney for Plaintiff |
| 3 | Dated: 3 December 2008    **LAW OFFICES OF DANIEL FARRAR** |
| 4 | /s/ |
|   | By:_____ |
| 5 | Daniel Farrar |
|   | Attorney for Defendants |

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

**Dated:   December 4, 2008**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE