Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150
policemisconduct@compuserve.com

Attorney for plaintiffs TAMARA SMITH, WAYNE SMITH, and GEORGE DENTON

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| TAMARA SMITH; WAYNE SMITH; GEORGE DENTON,<br>    *Plaintiffs,*<br>v.<br>TYRONE SPENCER, individually and in his capacity as a command officer for the Stanislaus County Sheriff's Department and Chief of Police for the City of Patterson; MARC MARTINEZ, BADGE NO. S712; FRANCISCO SORIA, BADGE NO. SR15; DEPUTY/DETECTIVE GROGAN, BADGE NO. S641; DEPUTY HERB DELAROSA; DEPUTY/DETECTIVE CAMPBELL;  DEPUTY MELLO; DAVID HICKMAN, BADGE NO. S474; DEPUTY RIVERA; SERGEANT BANKS; SERGEANT CAMARDA; SERGEANT PARKER; DEPUTY SCHWARTZ;  JOHN DOE and RICHARD ROE,   individually and in their capacities as Stanislaus County Deputy Sheriffs and Patterson police officers, the true names and exact numbers of whom are unknown at this time; MARK PUTHOFF, individually and in his capacity as Acting Sheriff of Stanislaus County; ADAM CHRISTIANSON, individually and in his capacity as Sheriff of Stanislaus County; COUNTY OF STANISLAUS, a municipal corporation; CITY OF PATTERSON, a municipal corporation, | No. 1:07-CV-00860-OWW-GSA<br><br>STIPULATION TO CONTINUE TRIAL AND OTHER DATES AND ORDER<br><br>(Note trial date change) |

|   |   | *Defendants.* ) |
|---|---|---|
|   |   | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

1. Disclosure of experts witnesses is June 12, 2009;
2. Fact and Expert discovery cutoff date is July 2, 2009;
2. Last day for dispositive motions is August 3, 2009 at 9:00 a.m.
3. The pre-trial conference will be conducted on November 16, 2009 at 11:00 a.m.; the joint pre-trial conference statement is due November 9, 2009;
4. Trial shall commence on January 5, 2010.

This request is submitted jointly on behalf of plaintiffs' counsel and defendants' counsel. A trial continuance is in the interests of justice and will avoid prejudice to all parties. This case involves multiple allegations of police misconduct involving multiple officers, including command personnel, three plaintiffs and a myriad of independent witnesses. Plaintiffs' counsel and defense counsel have been working well to define issues, and narrow the facts to be brought to trial. To that end, Defendants submitted 51 sets of interrogatories to plaintiffs several months ago that required complicated responses due to the nature of the allegations, and due to staffing issues in counsel for plaintiffs' office these responses are not yet complete but will be within 2 weeks. Plaintiffs' counsel takes full responsibility for the lapse of procedure in his office, but in the interests of justice must disclose the staffing issues to explain the need for the short continuance. These staffing issues involved two rounds of secretarial turnover while this discovery was pending, and the report by these staff-members that the answers were complete when they were not. In fact, the responses were incomplete and in disarray. Plaintiffs' counsel was of the opinion that it would be unfair to demand the required extensive discovery before supplying past due answers, and defendants have been

unable to complete their discovery, including the deposition of Wayne Smith, until these responses are obtained.

Defense counsel has been extremely gracious in agreeing to this short extension of time, and no prejudice will befall the defendants or the court in so granting the extension.

Dated: 3 March 2009                **LAW OFFICES OF ANTHONY BOSKOVICH**

By:_____
　　ANTHONY BOSKOVICH,
　　Attorney for Plaintiff

Dated: 5 March 2009                **LAW OFFICES OF DANIEL FARRAR**

　　　　　　　　　　　/s/
By:_____
　　Daniel Farrar
　　Attorney for Defendants

IT IS SO ORDERED.

**Dated:   March 5, 2009**　　　　　　　　　 /s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE