1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210
3

4  (408) 286-5150
   policemisconduct@compuserve.com
5

6  Attorney for plaintiffs TAMARA SMITH, WAYNE SMITH,
   and GEORGE DENTON
7

8           IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

9                       EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12 | TAMARA SMITH; WAYNE SMITH;                )
   | GEORGE DENTON,                            )   No. 1:07-CV-00860-OWW-GSA
13 |                          *Plaintiffs,*    )
   |                                           )   STIPULATION TO CONTINUE
14 | v.                                        )   TRIAL AND OTHER DATES
   |                                           )   AND ORDER
15 | TYRONE SPENCER, individually and in his   )
   | capacity as a command officer for the Stanislaus )
16 | County Sheriff's Department and Chief of Police )
   | for the City of Patterson; MARC MARTINEZ, )   (Note change in trial date)
17 | BADGE NO. S712; FRANCISCO SORIA,          )
   | BADGE NO. SR15; DEPUTY/DETECTIVE          )
18 | GROGAN, BADGE NO. S641; DEPUTY HERB       )
   | DELAROSA; DEPUTY/DETECTIVE                )
19 | CAMPBELL;  DEPUTY MELLO; DAVID            )
   | HICKMAN, BADGE NO. S474; DEPUTY           )
20 | RIVERA; SERGEANT BANKS; SERGEANT          )
   | CAMARDA; SERGEANT PARKER; DEPUTY          )
21 | SCHWARTZ;  JOHN DOE and RICHARD           )
   | ROE,   individually and in their capacities as )
22 | Stanislaus County Deputy Sheriffs and Patterson )
   | police officers, the true names and exact numbers )
23 | of whom are unknown at this time; MARK    )
   | PUTHOFF, individually and in his capacity as )
24 | Acting Sheriff of Stanislaus County; ADAM )
   | CHRISTIANSON, individually and in his capacity )
25 | as Sheriff of Stanislaus County; COUNTY OF )
   | STANISLAUS, a municipal corporation; CITY )
26 | OF PATTERSON, a municipal corporation,    )
   |                          *Defendants*.   )
27

28 Stipulation and [Proposed] Order to Continue

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

1. Disclosure of experts witnesses is August 14, 2009;
2. Fact and Expert discovery cutoff date is August 28, 2009;
2. Last day for dispositive motions is November 9, 2009 at 9:00 a.m.
3. The pre-trial conference will be conducted on November 16, 2009 at 11:00 a.m.; the joint pre-trial conference statement is due November 9, 2009;
4. Trial shall commence on January 5, 2010.

This request is submitted jointly on behalf of plaintiffs' counsel and defendants' counsel. A continuance of dates is in the interests of justice and will avoid prejudice to all parties. This case involves multiple allegations of police misconduct involving multiple officers, including command personnel, three plaintiffs and a myriad of independent witnesses. The parties have determined that there is still a considerable amount of discovery to do, and additional time is needed in which to complete this discovery.

The parties also prefer that the trial date not be moved, but understand that the Court may well have scheduling preferences. Should the Court determine that the trial date must be moved, the parties have the following calendared trials in the first quarter of 2010:

For Plaintiffs:

29 January 2010 (1 week): *Montiel v. Officer Williams, et al.*, Northern District of California case number C 07 05490 JF;

26 April 2010 (1 week): *Griffiths v. Officer Ormsby, et al.*, Norther District of California case number C 09-35 MMC.

For Defendants:

Defendants anticipate no conflicts in the first quarter of 2010.

Dated: 29 May 2009                              **LAW OFFICES OF ANTHONY BOSKOVICH**

By: /s/ Anthony Boskovich
_____
ANTHONY BOSKOVICH,
Attorney for Plaintiffs

Dated: 29 May 2009                              **LAW OFFICES OF DANIEL FARRAR**

By: /s/ Daniel Farrar
_____
Daniel Farrar
Attorney for Defendants

**IT IS SO ORDERED.**

Dated: June 2, 2009                              /s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE