DAN FARRAR
Attorney at Law
SBN 155217
P.O. Box 3382
Turlock CA 95381-3382
Telephone (209)634-5500
Facsimile (209)634-5556

Attorney for Defendants
Tyrone Spencer, Mark Martinez, Francisco Soria, Deputy Grogan, Deputy de la Rosa, Deputy Campbell, Deputy Mello, David Hickman, Deputy Rivera; Sergeant Banks, Sergeant Camarda, Sergeant Parker, Deputy Schwartz, Adam Christianson, County of Stanislaus and City of Patterson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tamara Smith; Wayne Smith; George Denton,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>Tyrone Spencer, et al,<br><br>　　　　　Defendants. | No.  1:07-CV-00860 OWW-GSA<br><br>Order Allowing Depositions to be taken until December 11, 2009 |

　　　Pursuant to the parties' joint request, and good cause appearing, the parties have until December 11, 2009 to complete non-expert depositions.

　　　IT IS SO ORDERED.

**Dated:   November 20, 2009**　　　　　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

Order Allowing Depositions to Be Taken　　　1