Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150
policemisconduct@compuserve.com

Attorney for plaintiffs TAMARA SMITH, WAYNE SMITH,
and GEORGE DENTON

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TAMARA SMITH; WAYNE SMITH; GEORGE DENTON,<br><br>    Plaintiffs,<br><br>v.<br><br>TYRONE SPENCER, individually and in his capacity as a command officer for the Stanislaus County Sheriff's Department and Chief of Police for the City of Patterson; MARC MARTINEZ, BADGE NO. S712; FRANCISCO SORIA, BADGE NO. SR15; DEPUTY/DETECTIVE GROGAN, BADGE NO. S641; DEPUTY HERB DELAROSA; DEPUTY/DETECTIVE CAMPBELL; DEPUTY MELLO; DAVID HICKMAN, BADGE NO. S474; DEPUTY RIVERA; SERGEANT BANKS; SERGEANT CAMARDA; SERGEANT PARKER; DEPUTY SCHWARTZ; JOHN DOE and RICHARD ROE, individually and in their capacities as Stanislaus County Deputy Sheriffs and Patterson police officers, the true names and exact numbers of whom are unknown at this time; MARK PUTHOFF, individually and in his capacity as Acting Sheriff of Stanislaus County; ADAM CHRISTIANSON, individually and in his capacity as Sheriff of Stanislaus County; COUNTY OF STANISLAUS, a municipal corporation; CITY OF PATTERSON, a municipal corporation,<br><br>    Defendants.<br>_____ | No. 1:07-CV-00860-OWW-GSA<br><br>ORDER ENLARGING TIME TO FILE DISMISSAL |

[Proposed] Order Enlarging Time to File Dismissal      Page 1

Upon application of plaintiffs, and GOOD CAUSE APPEARING,

IT IS ORDERED that plaintiffs shall have until 22 March 2010 to file their dismissal with prejudice in this matter.

IT IS SO ORDERED.

**Dated:   March 5, 2010**                    /s/ **Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE